# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148995-6 & (25)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DISHON TYRAN AMBROSE,
      Defendant-Appellant.

SC: 148995-6
COA: 315881, 318798
Ingham CC: 12-000824-FH

_____/

      On order of the Court, the application for leave to appeal the December 13, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion to stay proceedings is DENIED.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2014

Clerk

s0408